UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUETTA STEWART-PURCELL | : NO. |
| v. | : |
| QKH ENTERPRISES, LLC, ET AL | : AUGUST 3, 2022 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, QKH Enterprises, LLC and Mitchell Wayne Nichols hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford, at Hartford for the following reasons:

1.  The plaintiff commenced the instant action against the undersigned defendants, QKH Enterprises, LLC and Mitchell Wayne Nichols, by service of a Summons and Complaint dated July 7, 2022. On July 21, 2022, service was made on the defendants by way of the Commissioner of the Department of Motor Vehicles of the State of Connecticut, and on July 21, 2022 by mail to the defendants.

2.  The action was returned to Superior Court for the Judicial District of Hartford at Hartford, Connecticut on July 29, 2022.

3.  The above-described action is a civil action and is one which may be removed to the Court by the petitioner, defendants herein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Jacquetta Stewart-Purcell is a citizen of the State of Connecticut, the defendant, Mitchell Wayne Nichols, is a citizen of the State of Georgia. The defendant, QKH Enterprises, LLC, is a Georgia Limited Liability Company with its principal place of business in the State of Georgia and its only member, Mr. Queta Heard, is a citizen of the State of Georgia.

4. The plaintiff, Jacquetta Stewart-Purcell's complaint Statement of Demand states that her demand is greater than $15,000.00. She claims multiple injuries, some or all of which she alleges may be permanent in nature. These injuries include: a lumbar spine injury, left hip injury, and emotional distress. Plaintiff also claims that she incurred medical expenses, and may incur medical expenses in the future. Due to the nature of these injuries and the fact that some or all may be permanent in nature, the amount in controversy in this case is greater than $75,000.00.

6. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

7. The defendants deny all the plaintiff's allegations of damages and liability.

8. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.00.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court Judicial District of Hartford located at 950 Washington Street, Hartford, Connecticut, be removed therefrom to this Court.

DEFENDANTS, QKH ENTERPRISES, LLC
AND MITCHELL WAYNE NICHOLS


By*/s/ Svetlana Steele-Baird*_____
   Svetlana Steele-Baird
   ct31290
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  ssteelebaird@hl-law.com

## **CERTIFICATION**

      This is to certify that on August 3, 2022, a copy of the foregoing **Notice of Removal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Matthew E. Dodd, Esquire
The Dodd Law Firm, LLC
1781 Highland Avenue, Ste. 105
Cheshire, CT 06410

                                                          /s/ *Svetlana Steele-Baird*
                                                        Svetlana Steele-Baird

# SUMMONS - CIVIL
JD-CV-1 Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT SUPERIOR COURT www.jud.ct.gov |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☐ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | (860) 548-2700 | August 16, 2022 |

| ☐ Judicial District  ☐ Housing Session | G.A. ☐ Number: | At (City/Town) Hartford | Case type code (See list on page 2) Major: V  Minor: 01 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| The Dodd Law Firm, LLC; 1781 Highland Avenue, Ste 105, Cheshire, CT 06410 | 402420 |

| Telephone number | Signature of plaintiff (if self-represented) |
| (203) 272-1883 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (If agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Stewart-Purcell, Jacquetta  Address: 104 Arnold Drive, East Hartford, CT 06108 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: QKH Enterprises, LLC  Address: 8902 Seneca Road, Palmetto, GA 30268 | D-01 |
| Additional defendant | Name: QKH Enterprises, LLC  Address: 419 Emmett Street, Riverdale, GA 30274 | D-02 |
| Additional defendant | Name: Nichols, Mitchell Wayne  Address: 775 Bolton Road, Zebulon, GA 30295 | D-03 |
| Additional defendant | Name:  Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 2   ☐ Form JD-CV-2 attached for additional parties

### Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 07/07/2022 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing Matthew E. Dodd |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

Page 1 of 2



| | |
|---|---|
| RETURN DATE: AUGUST 16, 2022 | : SUPERIOR COURT |
| JACQUETTA STEWART PURCELL | : J.D. OF HARTFORD |
| V. | : AT HARTFORD |
| QKH ENTERPRISES, LLC, LLC., ET AL | : JULY 7, 2022 |

## COMPLAINT

1. At all times mentioned herein, Interstate 84, running in a generally easterly and westerly direction, was a public highway running through Hartford, Connecticut.

2. On or about August 18, 2021, the Plaintiff, Jacquetta Stewart Purcell, was traveling in an easterly direction in the left lane of three on Interstate 84 in Hartford, when approximately 200 feet west of exit 51 a tractor trailer operated by the Defendant, Mitchell Wayne Nichols, and owned by the Defendant, QKH Enterprises, LLC was traveling in an easterly direction on Interstate 84 in the center lane of three when it traveled into the Plaintiff's lane of travel and crashed into her motor vehicle causing her to sustain severe and permanent personal injuries, and other losses, as hereinafter set forth.

3. At all times mentioned herein, the Defendant Mitchell Wayne Nichols' operation of said vehicle was with the permission of the Defendant QKH Enterprises, LLC.

4. The Defendant QKH Enterprises, LLC is a Georgia company maintaining a principal place of business in Georgia but operating on the highways throughout the State of Connecticut.

THE DODD LAW FIRM, LLC · 1781 HIGHLAND AVENUE, SUITE 105 · CHESHIRE, CONNECTICUT 06410 · (203) 272-1883 · JURIS NO. 402420

5. Said crash was caused by the carelessness and negligence of the Defendant, Mitchell Wayne Nichols, in one or more of the following respects:

(a) IN THAT he operated his vehicle carelessly and negligently, having regard to the width, traffic, use of the highway, weather conditions, intersection of streets, traffic control signals and other conditions then and there existing;

(b) IN THAT he failed to keep a proper and reasonable lookout for other motor vehicles on the road including the Plaintiff's motor vehicle;

(c) IN THAT he failed to apply his brakes in time to avoid the crash with the Plaintiff's motor vehicle although by a proper exercise of his faculties he could and should have done so;

(d) IN THAT he violated Section 14-236 of the motor vehicle laws of the State of Connecticut in failing to maintain his lane of travel;

(e) IN THAT he failed to operate the tractor trailer in accordance with the regulations promulgated by the Federal Motor Care Safety Administration;

(f) IN THAT he failed to operate the tractor trailer as a reasonable driver holding a commercial driver's license would; and

(g) IN THAT he failed to drive as a reasonable driver of a commercial motor vehicle.

6.  As a result of the crash, the Plaintiff, Jacquetta Stewart Purcell, sustained the following injuries, consequential losses and expenses, all or some of which may be permanent in nature:

   (a)  An injury to the lumbar spine;

   (b)  An injury to the left hip;

   (c)  Pain, suffering and discomfort;

   (d)  Emotional Distress and mental anguish;

   (e)  Anxiety, insomnia, headaches and inconvenience;

   (f)  The Plaintiff has in the past, and may in the future, be obligated to expend sums of money for medical, hospital, physical therapy, x-rays and medicines;

   (g)  The Plaintiff has in the past, and will in the future, be deprived of many of the usual pleasures, activities and recreations of life; and

   (h)  The Plaintiff's life has been adversely affected by said injuries and their consequences.

THE DODD LAW FIRM, LLC
1781 HIGHLAND AVENUE, SUITE 105 · CHESHIRE, CONNECTICUT 06410 · (203) 272-1883 · JURIS NO. 402420

WHEREFORE, the Plaintiff claims money damages.

Of this Writ, with your doings thereon, make due service and return.

Dated at Cheshire, Connecticut this 7th day of JULY, 2022.

THE PLAINTIFF,

By: _____
Matthew E. Dodd, Her Attorney
The Dodd Law Firm, L.L.C.
Ten Corporate Center
1781 Highland Avenue, Suite 105
Cheshire, CT 06410
Telephone: 203-272-1883
Facsimile: 203-272-2077
Juris No: 402420

THE DODD LAW FIRM, LLC · 1781 HIGHLAND AVENUE, SUITE 105 · CHESHIRE, CONNECTICUT 06410 · (203) 272-1883 · JURIS NO. 402420

4

| | |
|---|---|
| RETURN DATE: AUGUST 9, 2022 | : SUPERIOR COURT |
| JACQUETTA STEWART PURCELL | : J.D. OF HARTFORD |
| V. | : AT HARTFORD |
| QKH ENTERPRISES, LLC, ET AL | : JULY 7, 2022 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above-entitled action hereby sets forth that the amount in demand exceeds fifteen thousand dollars ($15,000), exclusive of interest and costs.

THE PLAINTIFF,

By: _____
Matthew E. Dodd, Her Attorney
The Dodd Law Firm, L.L.C.
Ten Corporate Center
1781 Highland Avenue, Suite 105
Cheshire, CT 06410
Telephone: 203-272-1883
Facsimile: 203-272-2077
Juris No: 402420

THE DODD LAW FIRM, LLC · 1781 HIGHLAND AVENUE, SUITE 105 · CHESHIRE, CONNECTICUT 06410 · (203) 272-1883 · JURIS NO. 402420

5

<u>OFFICER'S RETURN TO COURT</u>

STATE OF CONNECTICUT:
                      : SS: WETHERSFIELD         JULY 21, 2022
COUNTY OF HARTFORD :

     Then and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **QKH ENTERPRISES, LLC,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

     And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **QKH ENTERPRISES, LLC,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **MITCHELL WAYNE NICHOLS,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **QKH ENTERPRISES, LLC, 8902 SENECA ROAD, PALMETTO, GA 30268.**

SUPPLEMENTAL RETURN TO FOLLOW
7021 0950 0001 0849 4440

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **QKH ENTERPRISES, LLC, 419 EMMETT STREET, RIVERDALE, GA 30274.**

SUPPLEMENTAL RETURN TO FOLLOW
7021 0950 0001 0849 4464

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **MITCHELL WAYNE NICHOLS, 775 BOLTON ROAD, ZEBULON, GA 30295.**

SUPPLEMENTAL RETURN TO FOLLOW

7021 0950 0001 0849 4464

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT RE: AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

JOHN A. LEPITO, JR.
STATE MARSHAL
Hartford County

FEES:
| | |
|---|---|
| Service | $ 80.00 |
| Travel | 10.00 |
| Copies | 36.00 |
| D.M.V. | 60.00 |
| Postage | 33.00 |
| Endorsements | 7.60 |
| TOTAL: | $226.60 |

3