## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUETTA STEWART-PURCELL | : CIVIL ACTION #: 3:22-CV-00983-SRU |
| Plaintiff | : |
| V. | : |
| QKH ENTERPRISES, LLC., ET AL | : AUGUST 10, 2022 |
| | : |
| Defendant | : |

### STIPULATION REGARDING REMAND OF MATTER TO SUPERIOR COURT

Now comes the parties to this action, by and through their respective counsel and hereby stipulates that this Court may at its convenience issue an order remanding this matter to the Connecticut Superior Court, Judicial District of Hartford at Hartford, Docket No.: HHD-CV-22-6158912-S.  Specifically, after discussing this matter the parties hereby stipulate that the amount in controversy does not exceed the sum or value of $75,000 (exclusive of interest and costs) and, therefore, this case does not meet the requirements for diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

The undersigned further represents that he has been authorized by Svetlana Steele-Baird, Esquire, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114-1121, counsel for the Defendant to make representations herein and to file this Stipulation.

WHEREFORE, the parties respectfully request that this Court approve this Stipulation and enter an order remanding this matter to the Superior Court, Judicial District of Hartford at Hartford with Docket No.: HHD-CV-22-6158912-S.

THE PLAINTIFF

By: _____
Matthew E. Dodd, Her Attorney
The Dodd Law Firm, L.L.C.
Ten Corporate Center
1781 Highland Avenue, Suite 105
Cheshire, CT  06410
Telephone:  203-272-1883
Facsimile: 203-272-2077
Juris No:  402420

**CERTIFICATION**

I hereby certify that on **August 10th, 2022**, a copy of foregoing was filed electronically on opposing counsel. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to those indicated on the Notice of Electronic filing.

Svetlana Steele-Baird, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1121
Via Email: SsteeleBaird@hl-law.com

_____
Matthew E. Dodd
Commissioner of the Superior Court